**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7243**

---

JERRY HUGGINS,

Plaintiff - Appellant,

versus

ROY W. CHERRY, Superintendent; CAPTAIN
HATCHETT, Chief of Security; MARY TARNOWSKI,
Director of Nursing Services,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge.
(CA-01-759-A)

---

Submitted: November 8, 2001      Decided: November 16, 2001

---

Before WILKINS, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jerry Huggins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Huggins appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Huggins v. Cherry, No. CA-01-759-A (E.D. Va. July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED